**Elmer Gustavo KISTE, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72745.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 15, 2012.

John Wolfgang Gehart, Vellanoweth & Gehart, LLP, Los Angeles, CA, for Petitioner.

Keith Ian McManus, Senior Litigation Counsel, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of The Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM **

Elmer Gustavo Kiste, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reopen deportation proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Avagyan v. Holder*, 646 F.3d 672, 674 (9th

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Cir.2011), and we deny the petition for review.

The agency did not abuse its discretion in denying Kiste's motion to reopen as untimely where it was filed nearly twelve years after his order of removal, *see* 8 C.F.R. § 1003.23(b)(4)(iii)(A)(i) (an alien seeking to reopen and rescind an in absentia deportation order based on exceptional circumstances must file the motion within 180 days), and Kiste failed to establish that he qualified for equitable tolling of the filing deadline, *see Avagyan*, 646 F.3d at 678–80 (equitable tolling is available to a petitioner who establishes that he suffered from deception, fraud or error, and exercised due diligence in discovering such circumstances).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.